B6B (Official Form 6B) (12/07)

In re  **Jonathan Schulman**                                                                 Case No.  __**11-19557**__
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account: USAA 9734<br>Location: USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antonio, TX 78288-9876 | - | 2.44 |
| | | Checking Account: Nevada Federal Credit Union 8092<br>Location: Maryland Pkwy Branch & ATM<br>555 N Maryland Pkwy<br>Las Vegas, NV 89101 | - | 0.00 |
| | | Checking Account: ESL Federal Credit Union #3223<br>Location: 225 Chestnut Street, Rochester, NY 14604 | - | 0.00 |
| | | Checking Account: Bank of America #2861<br>Location: 7315 S Durango<br>Las Vegas NV 89148 | - | 0.78 |
| | | Savings Account: Bank of America #8475<br>Location: Bank of America<br>7315 S Durango<br>Las Vegas NV 89148 | - | 6.78 |
| | | Savings Account: ESL Federal Credit Union #0692<br>Location: ESL Federal Credit Union<br>225 Chestnut Street, Rochester, NY 14604 | - | 2.06 |
| | | Savings Account: Nevada Federal Credit Union #8092<br>Location: Nevada Federal Credit Union<br>555 N Maryland Pkwy<br>Las Vegas, NV 89101 | - | 92.52 |
| | | Savings Account: USAA #9726<br>Location: USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antonio, TX 78288-9876 | - | 20.94 |

                                                                                 Sub-Total >          **125.52**
                                                                              (Total of this page)

__5__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jonathan Schulman**  ,  Case No.  **11-19557**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture: Sofa set, bed, dresser set, dining room set, tables**<br>**Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148** | - | 500.00 |
| | | | **Appliances: Refrigerator, Washer, Dryer**<br>**Location: Storage Facility** | - | 700.00 |
| | | | **Household: Plates, silverware**<br>**Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148** | - | 20.00 |
| | | | **Audio-Video: 2 TVs, PS3, dual VCR/DVD**<br>**Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148** | - | 400.00 |
| | | | **Bedroom Set, Storage West 7650 S. Durango Drive, Las Vegas, NV 89113** | - | 20.00 |
| | | | **Bed, 7650 S. Durango Drive, Las Vegas, NV 89113** | - | 15.00 |
| | | | **Msc Furniture, 7650 S. Durango Drive, Las Vegas, NV 89113** | - | 150.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books-Music: Misc books**<br>**Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 and storage facility** | - | 200.00 |
| | | | **Photos** | - | 50.00 |
| 6. | Wearing apparel. | | **Clothes: Attire**<br>**Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148** | - | 100.00 |
| 7. | Furs and jewelry. | | **Jewelry: Watch**<br>**Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148** | - | 30.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Five Seven**<br><br>**Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148** | - | 600.00 |

Sub-Total >      **2,785.00**
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jonathan Schulman**                                   Case No.  **11-19557**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | .357 Magnum (rust) | - | 100.00 |
| | | Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | |
| | | .357 Magnum (mechanical problem) | - | 100.00 |
| | | Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | |
| | | .22 firearm | - | 100.00 |
| | | Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | |
| | | .22 firearm (cosmetic issues) | - | 60.00 |
| | | Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | |
| | | .22 firearm (does not fire) | - | 50.00 |
| | | Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | |
| | | .38 Firearm (mechanical issues) | - | 50.00 |
| | | Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | |
| | | .38 Firearm | - | 100.00 |
| | | Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | |
| | | Rifle (mechanical problems) | - | 50.00 |
| | | Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | |
| | | Ammunition | - | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                            Sub-Total >      710.00
                                                          (Total of this page)

Sheet  **2**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jonathan Schulman**                                     Case No.  **11-19557**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement: ICMA-RC**<br>**Location: ICMA-RC**<br>**777 North Capitol Street NE**<br>**Washington, DC 20002** | - | 8,359.44 |
| | | **Retirement: T. Rowe Price 401k**<br>**Location: T. Rowe Price**<br>**P.O. Box 17215**<br>**Baltimore, MD 21297-1215** | - | 16,617.64 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Outstanding fees due from clients** | - | 5,790.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     30,767.08
(Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Jonathan Schulman**                                     Case No. **11-19557**
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Auto: 2010 Honda Accord Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | - | 17,750.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >     **17,750.00**
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Jonathan Schulman**                                    Case No.  **11-19557**
                               Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >   0.00
(Total of this page)

Total >   52,137.60

Sheet  **5**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  Jonathan Schulman                                                    Case No.  __11-19557__
                              Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                    $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking Account: USAA 9734<br>Location: USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antonio, TX 78288-9876 | Nev. Rev. Stat. § 21.090(1)(z) | 2.44 | 2.44 |
| Checking Account: Nevada Federal Credit Union 8092<br>Location: Maryland Pkwy Branch & ATM<br>555 N Maryland Pkwy<br>Las Vegas, NV 89101 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | 0.00 |
| Checking Account: ESL Federal Credit Union #3223<br>Location: 225 Chestnut Street, Rochester, NY 14604 | Nev. Rev. Stat. § 21.090(1)(z) | 0.00 | 0.00 |
| Checking Account: Bank of America #2861<br>Location: 7315 S Durango<br>Las Vegas NV 89148 | Nev. Rev. Stat. § 21.090(1)(z) | 0.78 | 0.78 |
| Savings Account: Bank of America #8475<br>Location: Bank of America<br>7315 S Durango<br>Las Vegas NV 89148 | Nev. Rev. Stat. § 21.090(1)(z) | 6.78 | 6.78 |
| Savings Account: ESL Federal Credit Union #0692<br>Location: ESL Federal Credit Union<br>225 Chestnut Street, Rochester, NY 14604 | Nev. Rev. Stat. § 21.090(1)(z) | 2.06 | 2.06 |
| Savings Account: Nevada Federal Credit Union #8092<br>Location: Nevada Federal Credit Union<br>555 N Maryland Pkwy<br>Las Vegas, NV 89101 | Nev. Rev. Stat. § 21.090(1)(z) | 92.52 | 92.52 |
| Savings Account: USAA #9726<br>Location: USAA Federal Savings Bank<br>10750 McDermott Freeway<br>San Antonio, TX 78288-9876 | Nev. Rev. Stat. § 21.090(1)(z) | 20.94 | 20.94 |
| **Household Goods and Furnishings**<br>Furniture: Sofa set, bed, dresser set, dining room set, tables<br>Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | Nev. Rev. Stat. § 21.090(1)(b) | 500.00 | 500.00 |
| Appliances: Refrigerator, Washer, Dryer<br>Location: Storage Facility | Nev. Rev. Stat. § 21.090(1)(b) | 700.00 | 700.00 |

__2__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re   Jonathan Schulman                                         Case No.   11-19557
                           Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Household: Plates, silverware<br>Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | Nev. Rev. Stat. § 21.090(1)(b) | 20.00 | 20.00 |
| Audio-Video: 2 TVs, PS3, dual VCR/DVD<br>Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | Nev. Rev. Stat. § 21.090(1)(b) | 400.00 | 400.00 |
| Bedroom Set, Storage West 7650 S. Durango Drive, Las Vegas, NV 89113 | Nev. Rev. Stat. § 21.090(1)(b) | 20.00 | 20.00 |
| Bed, 7650 S. Durango Drive, Las Vegas, NV 89113 | Nev. Rev. Stat. § 21.090(1)(b) | 15.00 | 15.00 |
| Msc Furniture, 7650 S. Durango Drive, Las Vegas, NV 89113 | Nev. Rev. Stat. § 21.090(1)(b) | 150.00 | 150.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>Books-Music: Misc books<br>Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 and storage facility | Nev. Rev. Stat. § 21.090(1)(a) | 200.00 | 200.00 |
| Photos | Nev. Rev. Stat. § 21.090(1)(a) | 50.00 | 50.00 |
| **Wearing Apparel**<br>Clothes: Attire<br>Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | Nev. Rev. Stat. § 21.090(1)(b) | 100.00 | 100.00 |
| **Furs and Jewelry**<br>Jewelry: Watch<br>Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | Nev. Rev. Stat. § 21.090(1)(a) | 30.00 | 30.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment**<br>Five Seven | Nev. Rev. Stat. § 21.090(1)(i) | 600.00 | 600.00 |
| Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | | |
| .357 Magnum (rust) | Nev. Rev. Stat. § 21.090(1)(z) | 100.00 | 100.00 |
| Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | | |
| .357 Magnum (mechanical problem) | Nev. Rev. Stat. § 21.090(1)(z) | 100.00 | 100.00 |
| Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | | |
| .22 firearm | Nev. Rev. Stat. § 21.090(1)(z) | 100.00 | 100.00 |
| Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | | |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re   Jonathan Schulman                                                 Case No.   11-19557
                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| .22 firearm (cosmetic issues) | Nev. Rev. Stat. § 21.090(1)(z) | 60.00 | 60.00 |
| Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | | |
| .22 firearm (does not fire) | Nev. Rev. Stat. § 21.090(1)(z) | 50.00 | 50.00 |
| Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | | |
| .38 Firearm (mechanical issues) | Nev. Rev. Stat. § 21.090(1)(z) | 50.00 | 50.00 |
| Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | | |
| .38 Firearm | Nev. Rev. Stat. § 21.090(1)(z) | 100.00 | 100.00 |
| Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | | |
| Rifle (mechanical problems) | Nev. Rev. Stat. § 21.090(1)(z) | 50.00 | 50.00 |
| Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | | | |
| Ammunition | Nev. Rev. Stat. § 21.090(1)(z) | 100.00 | 100.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Retirement: ICMA-RC<br>Location: ICMA-RC<br>777 North Capitol Street NE<br>Washington, DC 20002 | Nev. Rev. Stat. § 21.090(1)(r) | 8,359.44 | 8,359.44 |
| Retirement: T. Rowe Price 401k<br>Location: T. Rowe Price<br>P.O. Box 17215<br>Baltimore, MD 21297-1215 | Nev. Rev. Stat. § 21.090(1)(r) | 16,617.64 | 16,617.64 |
| **Accounts Receivable**<br>Outstanding fees due from clients | Nev. Rev. Stat. § 21.090(1)(g) | 4,342.50 | 5,790.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>Auto: 2010 Honda Accord<br>Location: 6355 S. Riley St Unit# 243 Las Vegas, NV 89148 | Nev. Rev. Stat. § 21.090(1)(f)<br>Nev. Rev. Stat. § 21.090(1)(z) | 15,000.00<br>164.48 | 17,750.00 |
| | Total: | 48,104.58 | 52,137.60 |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Property Claimed as Exempt